UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARSHALL MITCHELL, et al., § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | No. 1:17-CV-00457-SS |
| § | |
| BRENT STROMAN, *et al.*, § | |
| Defendants. § | |

### DEFENDANTS SCHWARTZ AND FROST'S
### DESIGNATION OF NEW ATTORNEY-IN-CHARGE

DATED:   March 7, 2018

Defendants Steven Schwartz and Christopher Frost notify the Court and all parties that this case has been administratively reassigned within the Office of the Attorney General to Assistant Attorney General Harold J. Liller, replacing Assistant Attorney General Christopher L. Lindsey as attorney-in-charge.[1]   All future pleadings, correspondence, and other documents in this case should be forwarded to Assistant Attorney General Harold J. Liller, Administrative Law Division, P.O. Box 12548, Capitol Station, Austin, Texas, 78711-2548.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

---

[1] This is not a substitution of Counsel; Counsel for Defendants Schwartz and Frost is and will remain the Attorney General of Texas.

                                        NICHOLE BUNKER-HENDERSON.
                                        Chief, Administrative Law Division

                                        */s/ Harold J. Liller*
                                        HAROLD J. LILLER
                                        Assistant Attorney General
                                        State Bar No. 24029689
                                        Administrative Law Division
                                        OFFICE OF THE TEXAS ATTORNEY GENERAL
                                        P.O. Box 12548, Capitol Station
                                        Austin, Texas 78711-2548
                                        Telephone:    (512) 475-4300
                                        Facsimile:    (512) 320-0167
                                        harold.liller@oag.texas.gov

                                        *Attorneys for Defendants Steven Schwartz and*
                                        *Christopher Frost*

## CERTIFICATE OF SERVICE

I hereby certify that the above *Defendants Schwartz and Frost's Designation of New Attorney-in-Charge* has been served upon all counsel of record via e-service and e-mail on March 7, 2018.

**Don Tittle**
Law Offices of Don Tittle PLLC
6301 Gaston Avenue, Suite 440
Dallas, TX 75214
(214) 522-8400
Fax: (214) 389-1002
Email: don@dontittlelaw.com
*Counsel for Plaintiffs*

**Charles D. Olson**
**Michael W. Dixon**
Haley & Olson, PC
100 Ritchie Road
Suite 200
Waco, TX 76712
(254) 776-3336
Fax: 254/776-6823
Email: colson@haleyolson.com
Email: mdixon@haleyolson.com
*Counsel for Defendants Stroman, Chavez, Lanning, Rogers, Swanton, and the City of Waco*

**Stephen D Henninger**
**Thomas Phillip Brandt**
Fanning, Harper, Martinson, Brandt & Kutchin, P.C.
Two Energy Square
4849 Greenville Ave., Suite 1300
Dallas, TX 75206
(214) 369-1300
Fax: (214) 987-9649
Email: shenninger@fhmbk.com
Email: tbrandt@fhmbk.com
*Counsel for Defendants Reyna and McLennan County*

                                        */s/ Harold J. Liller*
                                        HAROLD J. LILLER
                                        Assistant Attorney General