FILED
18 SEP 28 PM 1:20
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MARSHALL MITCHELL, *et al.*;
Plaintiffs,

-vs-

BRENT STROMAN, *et al.*;
Defendants.

CAUSE NO.:
A-17-CV-00457-SS

## ORDER OF TRANSFER

It appears to the Court that the above-styled and numbered cause should be transferred from the docket of Judge Sam Sparks to the docket of the Honorable Alan Albright, United States District Judge, both judges having consented to the transfer.

IT IS THEREFORE ORDERED that the above-styled and numbered cause is TRANSFERRED to the docket of the Honorable Alan Albright, United States District Judge, for all purposes. Pursuant to the Amended Order Assigning the Business of the Court effective September 18, 2018, the Clerk shall credit this case to the percentage of business of the receiving Judge.

SIGNED this the 28th day of September 2018.

_____
Sam Sparks
UNITED STATES DISTRICT JUDGE