IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DIVISION

IN RE TWIN PEAKS CASES

§
§
§
§
§
§

FILED
MAY 02 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY
DEPUTY

### ORDER EXTENDING FILING DEADLINES AND PERMITTING OMNIBUS SUR-REPLY

Plaintiffs have filed their Responses to Defendants' Motions to Dismiss on the indicted, but indictments dismissed Plaintiffs. Defendants in several of these cases have requested that they be allowed until May 28, 2019 to file their Replies. Additionally, these same Defendants have requested to be allowed twenty-five (25) pages for their Replies. Finally, Plaintiffs in these same cases have requested to be allowed to file a twenty (20) page omnibus Sur-Reply to Defendants' Replies. The Parties have notified the Court that all Parties are unopposed to all three requests.

Accordingly, it is **ORDERED** that the deadline for Defendants' Reply to Plaintiffs' Response is due by **May 28, 2019**. It is **FURTHER ORDERED** that Defendants be allowed **twenty-five (25)** pages for their Replies. It is **FINALLY ORDERED** that Plaintiffs be allowed to file a **twenty (20)** page omnibus sur-reply to Defendants' Replies. Plaintiffs' sur-reply is due by **June 11, 2019**. This Order applies to the following cases:

| 1:15-cv-01040 (Bucy et al. v. Stroman et al.) | 1:15-cv-01041 (Clendennen et al. v. Stroman et al.) | 1:15-cv-01042 (Bergman et al. v. Stroman et al.) |
| --- | --- | --- |
| 1:15-cv-01043 (Adame et al. v. Stroman et al.) | 1:17-cv-01044 (Salinas v. Stroman et al.) | 1:15-cv-01045 (Vensel v. Stroman et al.) |
| 1:16-cv-00575 (Obledo v. Stroman et al.) | 1:17-cv-00448 (Lewis et al. v. Stroman et al.) | 1:17-cv-00453 (Wilson et al. v. Stroman et al.) |
| 1:17-cv-00457 (Mitchell et al. v. Stroman et al.) | 1:17-cv-00471 (Rockett et al. v. Stroman et al.) | 1:17-cv-00474 (Smith et al. v. Stroman et al.) |

| 1:17-cv-00479 (Ledbetter v. Stroman et al.) | 1:17-cv-00480 (Lockhart et al. v. Stroman et al.) |

**SIGNED** this 2nd day of May 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE