

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DIVISION**

§
§
§
§
§
§
§
§

**IN RE TWIN PEAKS CASES**

### ORDER GRANTING EXTENSION

Plaintiffs in the below-referenced cause numbers have requested an extension to their omnibus sur-reply deadline. Defendants do not oppose Plaintiffs' request. Accordingly, it is **ORDERED** that Plaintiffs' new deadline for filing their omnibus sur-reply in the below-referenced cases shall be June 14, 2019.

| | | |
|---|---|---|
| 1:15-cv-1040 | 1:15-cv-1041 | 1:15-cv-1042 |
| 1:15-cv-1043 | 1:15-cv-1044 | 1:15-cv-1045 |
| 1:16-cv-575 | 1:17-cv-448 | 1:17-cv-453 |
| 1:17-cv-457 | 1:17-cv-471 | 1:17-cv-474 |
| 1:17-cv-479 | 1:17-cv-480 | |

**SIGNED** this 12th day of June, 2019.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE