**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MARSHALL MITCHELL, BLAKE TAYLOR, CHRISTOPHER ROGERS, RICHARD BENAVIDES, JOHN GUERRERO, RICHARD LOCKHART, GLENN WALKER, RONALD WARREN, BRIAN BRINCKS, RENE CAVAZOS, JUVENTINO MONTELLANO, JASON CAVAZOS, LINDELL COPELAND, RUDY MERCADO, RICHARD SMITH, LAWRENCE GARCIA, ANTHONY SHANE PALMER, PHILLIP SAMPSON, CLAYTON REED, JAMES GRAY, CORY MCALISTER, TOMMY JENNINGS, and LARRY PINA<br><br>Plaintiffs,<br><br>v.<br><br>BRENT STROMAN, MANUEL CHAVEZ, ROBERT LANNING, JEFFREY ROGERS PATRICK SWANTON, ABELINO REYNA, CHRISTOPHER FROST, STEVEN SCHWARTZ, CITY OF WACO, TEXAS, and MCLENNAN COUNTY, TEXAS<br><br>Defendants, | § | CIVIL ACTION NO.<br>1:17-CV-457-ADA |

**<u>JOINT MOTION TO ABATE CASE</u>**

COME NOW, the Plaintiffs and Manuel Chavez and Abelino Reyna, the remaining Defendants in this case, and file this their Joint Motion to Abate Case, and show unto the Court as follows:

1. Presently pending before this Court is the Motion for Summary Judgment in the *Terwilliger* case. The *Terwilliger* case will involve the same or similar legal concepts and facts as

this case (and other pending cases in which this motion is also being filed). Additionally, the appeal currently pending in the Fifth Circuit Court of Appeals in *Barnhart v. Stroman, et al.*, No. 24-50751, also involves the same or similar legal concepts and facts as this case. The determination of the Motion for Summary Judgment in *Terwilliger* and opinions on appeal to the Fifth Circuit Court of Appeals in both *Terwilliger* and *Barnhart* may be dispositive of some of these cases, or at least provide grounds for stipulations and more focused and limited discovery.[1]

2. The Plaintiff and Defendants are faced with the daunting prospect of taking well over 100 depositions and conducting voluminous written discovery. Even with the generous discovery deadline currently in place in the Court's Scheduling Order, it would be impossible to complete the discovery. Furthermore, as noted above, the determination of the Motion for Summary Judgment in *Terwilliger* and opinions on appeal to the Fifth Circuit in both *Terwilliger* and *Barnhart* will likely have a significant impact on the prosecution of this case moving forward, including the scope of discovery needed for future dispositive motions.

3. A possible solution to this problem is to abate proceedings and discovery in this case (and the other cases) until after opinions are rendered by the Fifth Circuit Court of Appeals in both *Terwilliger* and *Barnhart*. Thereafter, new deadlines could be set that reflect the changed scope of the case.

4. The parties have conferenced on the matter and unanimously seek an abatement as set forth above. Money, time, and judicial resources would be saved by putting such an abatement in place.

[1] Because the Motion for Summary Judgment in *Terwilliger* involves qualified immunity, interlocutory appeal of the District Court's judgment is likely by one party or the other.

5. If requested by a party or the Court, the parties further agree to participate in a status conference with the Court every 180 days.

WHEREFORE, Plaintiffs and Defendants jointly move this Court to enter an order abating proceedings, discovery, and the current Scheduling Order deadlines in this case until the Fifth Circuit Court of Appeals has rendered opinions in both the *Terwilliger* and *Barnhart* cases.

Respectfully submitted,

By: */s/ Brandon R. Oates*
BRANDON R. OATES
State Bar No. 24032921
Email: boates@haleyolson.com
CHARLES D. OLSON
State Bar No. 15273200
Email: colson@haleyolson.com
MICHAEL W. DIXON
State Bar No. 05912100
Email: mdixon@haleyolson.com
RICK R. BRADLEY
State Bar No. 24059479
Email: rbradley@haleyolson.com

**HALEY & OLSON, P.C.**
100 N. Ritchie Road, Suite 200
Waco, Texas 76712
Telephone: (254) 776-3336
Telecopier: (254) 776-6823
ATTORNEYS FOR CITY DEFENDANTS

/s/ *Thomas P. Brandt*
**THOMAS P. BRANDT**
State Bar No. 02883500
Email: tbrandt@fhmbk.com
**CHRISTOPHER D. LIVINGSTON**
State Bar No. 24007559
Email: clivingston@fhmbk.com
**CHRISTOPHER T. BRANDT**
State Bar No. 24095984
Email: cbrandt@fhmbk.com
**FANNING HARPER MARTINSON BRANDT & KUTCHIN, P.C.**
One Glen Lakes
8140 Walnut Hill Lane, Suite 200
Dallas, Texas 75231
(214) 369-1300 (office)
(214) 987-9649 (telecopier)
**ATTORNEYS FOR DEFENDANTS ABELINO "ABEL" REYNA AND MCLENNAN COUNTY, TEXAS**

/s/ *Don Tittle*
Don Tittle
State Bar No. 20080200
don@dontittlelaw.com

**LAW OFFICES OF DON TITTLE, PLLC**
8350 N Central Expressway Suite M1085
Dallas, Texas 75206
(214) 522-8400
(214) 389-1002 – Fax
ATTORNEYS FOR PLAINTIFFS